**United States District Court**
For the Northern District of California

*E-FILED: December 28, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM VARDANYAN, an individual, | No. C12-05645 HRL |
| Plaintiff, | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| ANTHONY MOROYAN, an individual; ALPHA VENTURES, L.L.C., and DOES 1 through 50, inclusive, | |
| Defendants. | |

This court having issued a related case order directing that this case be reassigned to the undersigned judge, the court will hold an initial case management conference on **January 15, 2013, 1:30 p.m., Courtroom 2, Fifth Floor** of the United States District Court, 280 South First Street, San Jose, California. Inasmuch as this is the date originally set for the initial case management conference, all related deadlines remain unchanged. Additionally, **lead counsel for each party shall appear at the conference in person**.

SO ORDERED.

Dated: December 28, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-05645-HRL Notice has been electronically mailed to:

2  Ara Aroustamian    ara@lawaa.com

3  Stephen Donald Pahl    spahl@pahl-mccay.com, tmeek@pahl-mccay.com