UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM VARDANYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MOROYAN, an individual; ALPHA VENTURES, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  5:12-cv-05645 HRL<br><br>**ORDER REQUIRING ADDITIONAL BRIEFING** |

This consolidated action is brought by Aram Vardanyan ("plaintiff"), a shareholder and former member of the board of directors of Viasphere International, Inc. ("Viasphere"). He sues Viasphere, Anthony Moroyan (a Viasphere shareholder and current board member), and Alpha Ventures ("Alpha"), a company apparently solely owned by Moroyan. He alleges that Moroyan and other, unnamed, board members mismanaged and misappropriated Viasphere's funds, using them to pay personal expenses. Furthermore, he identifies certain consulting contracts Viasphere or one of its subsidiaries entered into with Alpha. Allegedly, Alpha provided no services of significant value in exchange for generous monthly payments. These consulting contracts were, plaintiff says, engineered by Moroyan simply as a means to siphon pretax money out of Viasphere and into his own pocket. Also, Moroyan reportedly contrived to cause the improper dilution of plaintiff's stock, which had the effect of squeezing plaintiff off the board of directors.

The court has read the parties' pretrial submissions and again considered plaintiff's pleadings.  It is crystal clear that Vardanyan is pursuing a *direct* action against Viasphere, Moroyan, and Alpha.  He seeks a money judgment and equitable relief in *his* favor even as he repeatedly refers to misappropriation of *Viasphere's* assets and ensuing damage to himself and "*other shareholders*."

With one possible exception, all of Vardanyan's asserted claims appear to this court to be derivative, not direct.[1]  To pursue derivative claims, a shareholder would have to file a derivative action.  Vandanyan has not done so, and, for myriad reasons, cannot "convert" this case to one.  This court will try his direct claims, to the extent he has them.

Accordingly, no later than 10:00 A.M. on Wednesday, March 26, 2014 both sides shall e-file (and deliver a paper copy to chambers) a brief describing specifically, and with appropriate supporting authority, exactly what the direct claims are and why.  The court will consider this issue further at the Pretrial Conference on March 27, 2014.

SO ORDERED.

Dated:   March 21, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] "A direct action is one brought by a shareholder to recover from corporate officers, directors or others a loss sustained by him or her which is separate and distinct from that suffered by other shareholders."  William E. Knepper & Dan A. Bailey, Liability of Corporate Officers and Directors § 18.01[1], (8th ed. 2011).  "A derivative action is a suit brought by one or more shareholders to enforce a right of action belonging to the corporation, which it could have asserted, but did not."  Id., § 18.01[3].

2

5:12-cv-05645-HRL Notice has been electronically mailed to:

Ara Aroustamian    ara@lawaa.com

Helene Anastasia Simvoulakis    hsimvoulakis@pahl-mccay.com, ssamayoa@pahl-mccay.com

Kevin John Murphy    kmurphy@adrservices.org

Stephen Donald Pahl    spahl@pahl-mccay.com, tmeek@pahl-mccay.com

Varand Vartanian    Varand@lawaa.com