United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARAM VARDANYAN, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY MOROYAN, an individual; ALPHA VENTURES, LLC; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  5:12-cv-05645 HRL<br><br>**ORDER DIRECTING DEFENDANTS AND COUNTERDEFENDANT TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION** |

　　　This court is in receipt of plaintiff's motion for an extension of time to file the briefing called for by this court's March 21, 2014 order and for a continuance of the final pretrial conference set for March 27, 2014.  No later than 11:59 p.m. tonight, defendants and counterdefendant shall file their opposition (if any) to plaintiff's request or a statement of non-opposition.

　　　SO ORDERED.

Dated:　March 25, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-05645-HRL Notice has been electronically mailed to:

Ara Aroustamian     ara@lawaa.com

Helene Anastasia Simvoulakis     hsimvoulakis@pahl-mccay.com, ssamayoa@pahl-mccay.com

Kevin John Murphy     kmurphy@adrservices.org

Stephen Donald Pahl     spahl@pahl-mccay.com, tmeek@pahl-mccay.com

Varand Vartanian     Varand@lawaa.com