UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM VARDANYAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY MOROYAN, an individual; ALPHA VENTURES, LLC; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  5:12-cv-05645 HRL<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO FILE BELATED SUMMARY JUDGMENT MOTION**<br><br>[Re:  Dkt. No. 110] |
| ARAM VARDANYAN, individually,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>VIASPHERE INTERNATIONAL, INC., a California corporation,<br><br>　　　　Counterdefendant. | |

By letter dated December 8, 2014, defendants request leave to file a summary judgment motion. Under the court's scheduling order, the deadline for filing dispositive motions lapsed nearly one year ago. (Dkt. 66). Defendants have not demonstrated diligence for their extremely tardy request. Fed. R. Civ. P. 16(b)(4); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) ("Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment. . . .If that party was not diligent, the inquiry should end."). Moreover, the

1  court is unable to determine from defendants' request whether proceeding with dispositive motion
2  proceedings at this late stage of the litigation truly would be a sensible or efficient use of the
3  court's and the parties' time and resources.  Request denied.
4      SO ORDERED.
5  Dated:   December 18, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:12-cv-05645-HRL Notice has been electronically mailed to:

Ara Aroustamian     ara@lawaa.com

Helene Anastasia Simvoulakis     hsimvoulakis@pahl-mccay.com, drinnert@pahl-mccay.com

Kevin John Murphy     kmurphy@adrservices.org

Stephen Donald Pahl     spahl@pahl-mccay.com, drinnert@pahl-mccay.com, fhorton@pahl-mccay.com, sshah@pahl-mccay.com, tmeek@pahl-mccay.com

Varand Vartanian     Varand@lawaa.com

3