United States District Court
Northern District of California

1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10  SAN JOSE DIVISION
11
12  ARAM VARDANYAN, an individual,

    Plaintiff,

13  v.

14  ANTHONY MOROYAN, an individual;
    ALPHA VENTURES, LLC; and DOES 1
15  through 50, inclusive,

16  Defendants.

17  ARAM VARDANYAN, individually,

18  Counterclaimant,

19  v.

20

21  VIASPHERE INTERNATIONAL, INC., a
    California corporation,
22
    Counterdefendant.
23

Case No. 5:12-cv-05645 HRL

**ORDER DISMISSING CASE WITH PREJUDICE**

24      At a March 31, 2015 status conference in a related case, counsel for Aram Vardanyan
25  represented to the court that he had authority to dismiss the instant matter with prejudice, no
26  strings attached. Defendants stated they had no objection. Accordingly, IT IS ORDERED THAT
27  this case is dismissed with prejudice. All pending motions are terminated, and all previously
28

scheduled deadlines and appearances are VACATED. The clerk shall close the file.

SO ORDERED.

Dated: March 31, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-05645-HRL Notice has been electronically mailed to:

Ara Aroustamian     ara@lawaa.com

Helene Anastasia Simvoulakis     hsimvoulakis@pahl-mccay.com, manaya@pahl-mccay.com

Kevin John Murphy     kmurphy@adrservices.org

Stephen Donald Pahl     spahl@pahl-mccay.com, drinnert@pahl-mccay.com, fhorton@pahl-mccay.com, sshah@pahl-mccay.com, tmeek@pahl-mccay.com

Varand Vartanian     Varand@lawaa.com

3